

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00312-CV

---

John Ramon Ogaz, Appellant

v.

Promise Land Holding, Appellee

---

On Appeal from the 205th District Court
El Paso County, Texas
Trial Court No. 2024DCV2518

---

## JUDGMENT

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that Appellant pay all costs of this appeal, and that this decision be certified below for observance.

IT IS SO ORDERED this 5th day of January 2026.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.